IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RICHARD KISER, JR., INDIVIDUALLY                              PLAINTIFFS
AND ON BEHALF OF T.K. AND
A.K., MINORS

VS.                                      CIVIL ACTION NO. 3:08CV496TSL-JCS

ALLSTATE FINANCIAL GROUP A/K/A                               DEFENDANTS
ALLSTATE FINANCIAL SERVICES, L.L.C.;
LINCOLN BENEFIT

## JUDGMENT

In accordance with the order of this court rendered this date and the memorandum opinion and order entered on November 4, 2008, it is hereby ORDERED AND ADJUDGED that the complaint of Richard Kiser, Jr. is dismissed with prejudice.

SO ORDERED AND ADJUDGED this _20th day of April, 2009.


                                                     /s/ Tom S. Lee_____
                                                     UNITED STATES DISTRICT JUDGE